UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

CASE NO. 3:01CR00256(PCD)

VS.

JOSEPH DEROSA

## DEFENDANT'S MOTION FOR
## MODIFICATION OF RESTITUTION ORDERS

The Defendant moves to modify the restitution orders entered in the above captioned case by ending the order for restitution by the Defendant Joseph DeRosa and by ordering a release of the liens on the Real Property of Joseph DeRosa that were executed and recorded to secure the payment of restitution in the above captioned matter and in support thereof hereby represents the following:

1. A Judgment was entered in the above case on January 10, 2002. As part of the Judgment defendant was ordered to pay $246,956.00 in restitution in total at a rate of $250.00 per month.

2. Defendant paid $7,500.00 as a lump sum on or about the day of sentencing toward the Restitution order.

3. The Restitution amount was based on the total loss in the matters that made up the relevant conduct for Defendant's sentencing.

4. Subsequently, other co-defendants and other alleged co-conspirators disposed of their matters and as a result were ordered to pay restitution toward the same loss that was attributed to defendant.

5. Subsequently, on or about August 30, 2004 Defendant's restitution order was modified upon motion of the Government to a total of $107,035.00 at the rate of $250.00 per month. This figure did not reflect any payments but was a modification of the total restitution figure.

6. On the date of this motion Defendant has paid a total of $19,750.00 as restitution.

7. The liens on Defendant's property still reflect the $246,956.00 figure that has subsequently been modified.

8. Upon information and belief defendant has paid more than his proportional share of the restitution due to victims.

9. Upon information and belief and in the interests of justice Defendant has made sufficient restitution with regard to the orders entered in this matter.

10. The lien on his property grossly overstates the amount actually due from defendant.

Respectfully Submitted
Defendant

BY _____
Vito A. Castignoli
185 Broad Street
Milford, CT  06460
Tel (203) 877-8407
Fed Juris#

### CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was sent via facsimile and postage prepaid this the 9th day of March, 2006.

Equicredit Corporation c/o Bank of America
Mail Stop # FL9-100-06-09
James Dodd, Esq.
9000 Southside Blvd.
Jacksonville, FL  32256

Christopher Schmeisser
Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Blvd. Rm. 309
Bridgeport, CT  06604

Christine Sciarrino, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1824
New Haven, CT  06508

_____
Vito A. Castignoli