## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No. 3:01CR256 (PCD) |
| JOSEPH DEROSA : | March 23, 2006 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

> Respectfully submitted,
>
> Kevin J. O'Connor
> United States Attorney
>
>
> Christine Sciarrino
> Assistant United States Attorney
> P.O. Box 1824
> New Haven, Connecticut 06510
> (203) 821-3780/Fax: (203) 773-5392
> Federal No. CT3393
> Email: Christine.Sciarrino@usdoj.gov

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 23rd day of March, 2006 to:

Vito Castignoli, Esq.
185 Broad Street
Milford, CT  06460

                                                                                            _____
                                                                                           Christine Sciarrino