AO 41A (Rev. 5/95)

LLVGLR

USA vs. Joseph Derosa

17 5000

| CASE NAME: | | | | DOCKET NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| USA vs. Joseph Derosa | | | | 3:01cr00256 (PCD) | | | |
| Fine | | Restitution | Cost of Probation | Beginning Balance:  -> -> ->    $107,035.00 | | | |
| | xxx | | | | | For Restitution Only | |
| DATE | 02 | RECEIPT NUMBERS | | AMOUNT (debit) | VOUCHER # | DATE | BALANCE |
| Feb. | 6 | N005669 | | $7,500.00 | | ok | $99,535.00 |
| Mar. | 7 | N005937 | | $250.00 | | ok | $99,285.00 |
| Apr. | 3 | N006165 | | $250.00 | | ok | $99,035.00 |
| May | 8 | N006461 | | $250.00 | | ok | $98,785.00 |
| June | 10 | N006707 | | $250.00 | | ok | $98,535.00 |
| July | 2 | B004244 | | $250.00 | | ok | $98,285.00 |
| Aug. | 2 | B004449 | | $250.00 | | ok | $98,035.00 |
| Sept. | 5 | B004664 | | $250.00 | | ok | $97,785.00 |
| Oct. | 3 | B004828 | | $250.00 | | ok | $97,535.00 |
| Nov. | 8 | B005051 | | $250.00 | | ok | $97,285.00 |
| Dec. | 4 | B005191 | | $250.00 | | | $97,035.00 |
| 2003 Jan | 3 | B005355 | | $250.00 | | | $96,785.00 |
| Feb. | 7 | B005584 | | $250.00 | | | $96,535.00 |
| Mar. | 5 | B005734 | | $250.00 | | | $96,285.00 |
| Apr. | 2 | B005888 | | $250.00 | | | $96,035.00 |
| May | 5 | B006079 | | $250.00 | | | $95,785.00 |
| June | 4 | B006276 | | $250.00 | | | $95,535.00 |
| July | 22 | N009940 | | $250.00 | | | $95,285.00 |
| Aug. | 22 | N010175 | | $250.00 | | ok | $95,035.00 |
| Sept. | 30 | N010477 | | $250.00 | | ok | $94,785.00 |
| Oct. | 27 | N010677 | | $250.00 | | ok | $94,535.00 |
| Nov. | 17 | N010770 | | $250.00 | | ok | $94,285.00 |
| Dec. | 5 | N010999 | | $250.00 | | ok | $94,035.00 |
| Jan 2004 | 8 | N011247 | | $250.00 | | ok | $93,785.00 |
| Feb. | 10 | N0111567 | | $250.00 | | ok | $93,535.00 |
| Mar. | 5 | N011823 | | $250.00 | | ok | $93,285.00 |
| April | 5 | N012090 | | $250.00 | | ok | $93,035.00 |
| May | 7 | N012419 | | $250.00 | | ok | $92,785.00 |
| June | 9 | N012679 | | $250.00 | | ok | $92,535.00 |
| July | 2 | N012845 | | $250.00 | | ok | $92,285.00 |
| Aug. | 13 | N013164 | | $250.00 | | ok | $92,035.00 |
| Sept. | 3 | N013328 | | $250.00 | | | $91,785.00 |
| Oct. | 8 | N013637 | | $250.00 | | | $91,535.00 |
| Nov. | 8 | N013861 | | $250.00 | | ok | $91,285.00 |

AO 41A (Rev. 5/95)                                                        USA vs. Joseph DeRosa

# LEDGER

| CASE NAME: | | | | DOCKET NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| USA vs. Joseph DeRosa | | | | 01cr256 (PCD) | | | |
| Fine | | Restitution | Cost of Probation | Beginning Balance: -> $91,285.00 | | | |
| | | xxx | | | | | |
| DATE | 04 | | RECEIPT NUMBERS | AMOUNT (debit) | | Balance OK w/USPO | BALANCE |
| Dec | 3 | N014063 | | $250.00 | | ok | $91,035.00 |
| 2005 Jan | 7 | N014362 | | $250.00 | | ok | $90,785.00 |
| Feb. | 4 | N014612 | | $250.00 | | ok | $90,535.00 |
| March | 4 | N014842 | | $250.00 | | ok | $90,285.00 |
| April | 8 | N015160 | | $250.00 | | ok | $90,035.00 |
| May | 6 | N015386 | | $250.00 | | OK | $89,785.00 |
| June | 3 | N015621 | | $250.00 | | OK | $89,535.00 |
| July | 8 | N015973 | | $250.00 | | OK | $89,285.00 |
| August | 5 | N016216 | | $250.00 | | OK | $89,035.00 |
| Sept. | 2 | N016424 | | $250.00 | | OK | $88,785.00 |
| Oct. | 12 | N016739 | | $250.00 | | OK | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |
| | | | | | | | $88,535.00 |