(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

UNITED STATES OF AMERICA

V.

JOSEPH DEROSA

CASE NUMBER:   3:01CR00256 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Joseph DeRosa in lieu of Attorney Vito Castignoli.

| | |
|---|---|
| April 13, 2006 | |
| Date | Signature |
| ct02381 | Richard W. Lynch |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Equicredit Corporation c/o Bank of America
Mail Stop #FL9-100-06-09
James Dodd, Esq.
9000 Southside Blvd.
Jacksonville, FL 32256

Vito Castignoli, Esq.
185 Broad Street
Milford, CT 06460

AUSA Christopher Schmeisser
AUSA Christine Sciarrino
United States District Court
District of Connecticut
157 Church Street, 23rd
New Haven, CT 06510

_____
Signature