UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    :

     V.                                                    :        3:01CR 00256 (PCD)

JOSEPH DEROSA                                   :

### RULING ON MOTION OF JOSEPH DEROSA TO MODIFY RESTITUTION ORDER

Pending is Defendant Derosa's Motion to Modify his restitution order based on his contention that he "has paid more than his proportional share of the restitution due to victims." The scheme perpetrated by the multiple defendants was viewed at sentencing of each and all of the defendants as resulting in a total loss to the victims far beyond the practical ability and likelihood of any one or more of them to pay the total loss in full. Further the participation of the defendants varied from one to another as to the degree of culpability and the responsibility for the loss of each victim. To address the problem of maximizing the restitution, and comport with the statutory obligation, 18 U.S.C. § 3664(f)(1)(A), a simple order for joint and several restitution of the entire loss by all of defendants was deemed not to be appropriate. Therefore individual orders of restitution were entered as the court's best allocation of restitution commensurate with individual culpability and likely ability to pay. Derosa's allocation, reduced to $107,035. and credited with his payments and those of his co-defendants, is unpaid in the amount of $60, 173. His last payment was in October, 2005 though he was ordered to pay $250 per month. The forgoing does not comport with Derosa's having paid a fair reflection of his responsibility for the victims' losses and his motion to be excused from further payment of restitution is denied.

Dated at New Haven, Connecticut this 7th day of June, 2006.

_____
PETER C. DORSEY
UNITED STATES DISTRICT JUDGE